UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DTE METHANE RESOURCES, LLC,

    Plaintiff,

    v.

WILLIAMSON DEVELOPMENT CO., LLC and WILLIAMSON ENERGY LLC,

    Defendants.

Case No. 08-cv-673-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal without prejudice (Doc. 25) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 11, 2009**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**