UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DTE METHANE RESOURCES, LLC,

    Plaintiff,

v.

WILLIAMSON DEVELOPMENT CO.,
LLC and WILLIAMSON ENERGY LLC,

    Defendants.

Case No. 08-cv-673-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 11, 2009**　　　　　s/Brenda K. Lowe, Deputy Clerk

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**